# Crane inspection

**Metro-North Commuter Railroad**

| Crane no. | Location | Sub-Division | System/Gang | Date Inspected | Monthly ☐ |
|---|---|---|---|---|---|
| 60-1005 | New Haven | | | 5/22/02 | Annual ☐ |

Last inspection date  4/4/01

Present general condition: ☐ Good  ☑ Fair  ☐ O/S

| OK YES | NO | | OK YES | NO | |
|---|---|---|---|---|---|
| ✗ | | Boom | | ✗ | Steps and Railing |
| | N/A | Boom Stops | ✗ | | Draw Bars-Couplers |
| | | Boom Angle Indicator | ✗ | | Swing Stops/Locking Pins |
| | | Boom Rivets & Bolts | ✗ | | Operating Controls |
| ✓ | | Boom Heel Pins | | ✗ | Windows |
| ✓ | | Sheaves | | | Windshield Wipers |
| ✓ | | Sheave Pins | | ✗ | Washing Devices |
| | | Cable Drums | | ✗ | Lights |
| | | Cable-Boom-Holding Line | | | Guards |
| | | Closing, Pendants | | | Engine |
| | ✗ | Cable Clamps | ✗ | | Clutch-PTO |
| | | Hoisting Blocks/Hooks | ✗ | | Gauges-Temperature-Oil-Ampere |
| | N/A | Winch | | | Hydraulic System-Valves, Pump, Motor |
| | N/A | Winch/Cable | | | Main Control Generator |
| | N/A | Lifting Chains | | | Magnet Generator |
| | | Tongs-Rail-Frog | | | Magnet |
| | ✗ | Brakes | ✓ | | Tagline-Cable-Electrical |
| | | Brakes-Air-Lines-Reservoir | | | Battery |
| | N/A | Brakes-Hydraulic | | | Air Compressor |
| | | Brakes-Emergency | | | Safety Appliances |
| | N/A | Brakes-2 Wheel | | | Fire Extinguishers |
| | | Brakes-4 Wheel | | ✗ | General Condition-Paint, etc. |
| | | Brakes-Shoes | | ✗ | Lifting Capacity Chart |
| | | Trucks-Journal Bearings | | ✗ | Parts Book and Operating Manual |
| | | Wheels-Flange Wear-Treadwear | | ✗ | Lubrication |
| | | Axles | | | When was Cable Replaced: |
| | | Tram-Axle & Wheel | | | Boom |
| | | Springs | | | Hoisting |
| | N/A | Tires | | | Closing |
| | N/A | Steering | | | Strands of Cable Broken |
| | | U-Joints, Drive Gears | | | Ground Cables and Ground Clamps |
| | | Drive Chains | | | Electrical Wire Warning Sign |
| | | Sprockets | | | |
| | | Drive Shafts | | | |
| | | Gear Boxes, Swing, Travel | | | |
| | ✗ | Transmission | | | |
| | | Bearings | | | |
| | N/A | Hook Roller | | | |
| | N/A | Outriggers | | | |

Remarks: _____

_____

_____

Operator's Signature

_____

(Date) _____   (Employee No.) _____

I certify to the correctness of this report

_____  5/22/02
(Signed)                 (Date Posted)

Employee Number _111___

(Title) _____

1) Extremely Noisey in Operators Cab.

2) Needs Flood Light

3) Sending unit For propellor shaft not Working (disconnected)

4) Brakes on Crane not releasing all the time

5) Oil Leaking from engine and Transmission

6) Fuel gauge not working

7) Travel Bands dragging and not disengauging in 4th gear.

8) Pin in coupler Bent + sloppy

J. E. Babut
712478

ATT:
MARK ELLIS



```
                   ***********************
                   ***    TX REPORT    ***
                   ***********************


TRANSMISSION OK

TX/RX NO               0743
CONNECTION TEL                        8579
CONNECTION ID          NWP SHOP
ST. TIME               07/01 06:57
USAGE T                00'25
PGS.                      1
RESULT                 OK
```

CB 0005    9/23/00

1) Extremely Noisey while Traveling, Cannot hear radio. unsafe Situation.

2) 4 bent boom struts.

3) No emergency shutdown switch.

4) oil Leaking on deck.

5) Boom Light missing.

6) Gear oil Leaking out of Transfer case.

7) When pulling car, Train Line air brakes activate by themselves.

9TT:

Paul Signorelli

V.E. Bakutis

712478



```
***********************
***    TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO              4170
CONNECTION TEL                      8579
CONNECTION ID        NWP SHOP
ST. TIME             10/23 08:01
USAGE T              00'13
PGS.                  1
RESULT               OK
```

CB 4004

9/6/00

1) Oil Leaking from Engine
   and Travel Gears + shafts.

2) Engine overheats and Leaks antifreeze
   under Load.

3) Engine burns oil

4) Engine grinds ● in every gear,
   very difficult To Shift

5) Travel bands stick, won't release.

6) Extremely noisey in work Mode.
   getting worse

7) Flat spots in wheels.

8) Boom Light + running Lights
   not working

9) needs Air Filter, oil change
   and oil filters

ATT:
PAUL Signorelli

J. E. Baxter

712478



```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************


TRANSMISSION OK

TX/RX NO              4054
CONNECTION TEL                       8579
CONNECTION ID        NWP SHOP
ST. TIME             09/06 08:40
USAGE T              00'12
PGS.                     1
RESULT               OK
```

CB 4004        7/25/00

1) Oil Leaking from everywhere.

2) Engine overheats + Leaks antifreeze under a Load.

3) Transmission Grinds in every Gear, very difficult To shift.

4) Travel bands stick, won't release.

5) Very Noisey, and getting worse, especially in work mode.

F. E. Bohuta
712478



```
********************
***   TX REPORT   ***
********************


TRANSMISSION OK

TX/RX NO              3978
CONNECTION TEL                    8579
CONNECTION ID        NWP SHOP
ST. TIME             07/25 08:30
USAGE T              00'19
PGS.                 1
RESULT               OK
```

6/5/00

CB 4005

1) No Boom STOPS.
2) No BeLT Guards on Engine pulleys.
3) Fuel Gage does not work.
4) Air Leak in brake Line System.
5) Heater Core Leaking.
6) Extremely Noisey in operators Cab when
    Traveling, Cannot hear radio, hurts Ears!
7) Foot steps on chasiss To narrow, needs
    Foot Grating extended, Dangerous.
8) Travel bands slipping.
9) Boom Struts Bent.

F.E. Babutha
713478

ATT:

Paul Signorelli

CB 4005                                    5/3/00

1) NO BOOM STOPS
2) No Belt Guards on Front of engine
3) Fuel Gage does not work
4) Air Leak in Load Line Control
5) Heater Core Leaking
6) Cannot hear radio inside operators Cab,
   need external speaker.
7) Cab Leaks in several places when it rains.
8) Foot steps on Chasiss too narrow, Dangerous
9) Boom struts bent
10) Extremely noisey inside operators Cab.
11) Needs air horn facing to the rear.
12) Travel bands slipping
13) Needs 24 volt bulbs for indicator light
    for propeller shaft.

ATT:                          F. E. Bahuto
Paul Signorelli                712478

05/03/00  WED 07:51 FAX 203 786 8223          NB PROJECTS                          001

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              3717
CONNECTION TEL                      8579
CONNECTION ID        NWP SHOP
ST. TIME             05/03 07:51
USAGE T              00'18
PGS.                 1
RESULT               OK
```

CB 4005                    4/20/00

1) No Boom Stops

2) No Belt guards on Front of Engine

3) Fuel gauge does not work

4) Air Leak in Train Brake

5) Heater Core Leaking Anti Freeze

6) Cannot hear radio inside operators
   Cab, needs external Speaker.

7) Cab Leaks in Several places when
   it rains.

8) Foot Steps on Chasiss To Narrow, Hazzardous!

9) Boom Struts Bent

10) Extremely noisey inside operators Cab.

11) Need Air Horn Facing To The rear.

JTT:

Paul Signourelli

F.E. Bahutis
712478

09/05/2003 FRI 11:45 FAX ⌀033/040

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO            3682
CONNECTION TEL                 78579
CONNECTION ID       NWP SHOP
ST. TIME            04/20 07:48
USAGE T             00'24
PGS.                  1
RESULT              OK
```

C B 4004        11/15/99

1) Oil Leaking onTo Deck

2) Coupler defected, won'T Release

3) Needs sound proofing, Noise unbearable !

4) Travel Bands sticking, won'T release.

5) Transmission synchros shoT, very hard To get inTo Gear

6) Rear marker Lights needs bulbs, NoT working.

7) Hand brake benT, CasT broken.

8) FronT Sheave bushings worn

9) AiR Dryer Needs filamenT, A loT of waTer building up in Air Tank.

10) Oil Leaking from Transfer Case

11) Engine burning oil.

12) FooT Grating needs To be welded, Tripping hazard.

ATT:
PAUL Signorelli

F.E. Bahntas
712478

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              3321
CONNECTION TEL                     78579
CONNECTION ID        NWP SHOP
ST. TIME             11/15 08:58
USAGE T              00'30
PGS.                    1
RESULT               OK
```



Burro Crane   CB 4004   9/29/99

1) Oil leaking on deck

2) 2 Steps bent (dangerous situation)

3) Coupler defated (won't release)

4) Needs sound proofing material (Noise unbearable)

5) Bottom Brake inspection cover missing

6) Flood light on Boom not working

7) Travel bands Still dragging in reverse and won't release (very dangerous)

8) Transmission grinds in every gear (synchos worn)

9) rear marker lights not working

10) Hand brake bent

11) Front Sheave bushings worn

12) cannot Travel in high range

13) External radio speaker not working

F.E. Bahutas
712478

Arthur Lawhorn
9/29/99

ATT:
PAUL Signorelli

```
                    ***********************
                    ***    TX REPORT    ***
                    ***********************

TRANSMISSION OK

TX/RX NO               3212
CONNECTION TEL                      78579
CONNECTION ID          METRO NORTH WORK
ST. TIME               09/29 07:49
USAGE T                00'36
PGS.                         1
RESULT                 OK
```

9/14/99

# Burro Crane CB 4004

1) Oil Leaking on deck

2) 2 Steps damaged (dangerous)

3) Coupler defected (won't release)

4) Needs Sound Proofing material (noise unbearable)

5) Bottom Brake inspection cover missing.

6) Flood Light on boom missing.

7) Travel Bands dragging and won't release when going in reverse.

8) Transmission grinds in every gear, synchros worn.

9) Rear marker Lights not working.

10) Hand Brake Bent.

11) Front Sheave bushings worn.

12) Cannot Travel in High range. Bushings on vertical shaft worn.

F.E. Bahutas

Empl. # 712478