IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

----------------------------------------------------------x
                                     :

SAMUEL COMPO                    :    3:02 CV 1675 (PCD)
                                      :

v.                               :
                                      :

METRO-NORTH RAILROAD CO. ET AL.    :    DATE: JANUARY 15, 2004
                                      :
----------------------------------------------------------x
----------------------------------------------------------x
                                       :

RICHARD K. LASKEVITCH       :    3:02 CV 1676 (GLG)
                                      :

v.                               :
                                      :

METRO-NORTH RAILROAD CO. ET AL.    :    DATE: JANUARY 15, 2004
                                      :
----------------------------------------------------------x
----------------------------------------------------------x
                                       :

MICHAEL SELMONT             :    3:02 CV 1677 (GLG)
                                      :

v.                               :
                                      :

METRO-NORTH RAILROAD CO. ET AL.    :    DATE: JANUARY 15, 2004
                                      :
----------------------------------------------------------x
----------------------------------------------------------x
                                       :

ROBERT FUDA                :    3:02 CV 1678 (RNC)
                                        :

v.                               :
                                      :

METRO-NORTH RAILROAD CO. ET AL.    :    DATE: JANUARY 15, 2004
                                      :
----------------------------------------------------------x

```
-----------------------------------------------------------x
                                                           :
JOHN P. GEARY                                              :    3:02 CV 1679 (WWE)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: JANUARY 15, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
THOMAS KINIRY                                              :    3:02 CV 1680 (JBA)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: JANUARY 15, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
JOHN RAGGI                                                 :    3:02 CV 1681 (GLG)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: JANUARY 15, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
EDWARD P. RUSSO                                            :    3:02 CV 1682 (JCH)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: JANUARY 15, 2004
                                                           :
-----------------------------------------------------------x
```

2

```
-----------------------------------------------------------x
                                             :
JAMES SCOFIELD                               :    3:02 CV 1683 (JCH)
                                             :
                                             :
v.                                           :
                                             :
                                             :
METRO-NORTH RAILROAD CO. ET AL.              :    DATE: JANUARY 15, 2004
                                             :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                             :
MILLARD J. SULLIVAN                          :    3:02 CV 1684 (JCH)
                                             :
                                             :
v.                                           :
                                             :
                                             :
METRO-NORTH RAILROAD CO. ET AL.              :    DATE: JANUARY 15, 2004
                                             :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                             :
TIMOTHY SWEENEY                              :    3:02 CV 1872 (RNC)
                                             :
                                             :
v.                                           :
                                             :
                                             :
METRO-NORTH RAILROAD CO. ET AL.              :    DATE: JANUARY 15, 2004
                                             :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                             :
ROBERT BLACK                                 :    3:02 CV 1873 (AVC)
                                             :
                                             :
v.                                           :
                                             :
                                             :
METRO-NORTH RAILROAD CO. ET AL.              :    DATE: JANUARY 15, 2004
                                             :
-----------------------------------------------------------x
```

3

```
---------------------------------------------------------x
                                                         :
KARL KAUTZ                                               :        3:02 CV 1874 (JBA)
                                                         :
                                                         :
v.                                                       :
                                                         :
                                                         :
METRO-NORTH RAILROAD CO. ET AL.                          :        DATE: JANUARY 15, 2004
                                                         :
---------------------------------------------------------x
---------------------------------------------------------x
                                                         :
ALFRED SCHUMACHER                                        :        3:02 CV 1875 (AHN)
                                                         :
                                                         :
v.                                                       :
                                                         :
                                                         :
METRO-NORTH RAILROAD CO. ET AL.                          :        DATE: JANUARY 15, 2004
                                                         :
---------------------------------------------------------x
---------------------------------------------------------x
                                                         :
FRANCIS E. BAKUTIS                                       :        3:02 CV 1877 (MRK)
                                                         :
                                                         :
v.                                                       :
                                                         :
                                                         :
METRO-NORTH RAILROAD CO. ET AL.                          :        DATE: JANUARY 15, 2004
                                                         :
---------------------------------------------------------x
---------------------------------------------------------x
                                                         :
CHARLES KANE                                             :        3:02 CV 1878 (CFD)
                                                         :
                                                         :
v.                                                       :
                                                         :
                                                         :
METRO-NORTH RAILROAD CO. ET AL.                          :        DATE: JANUARY 15, 2004
                                                         :
---------------------------------------------------------x
```

4

```
-----------------------------------------------------------x
                                                           :
FREDERICK N. KOVAL                                         :    3:02 CV 1879 (GLG)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: JANUARY 15, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
SIGISMONDO LoVERME                                         :    3:02 CV 1880 (PCD)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: JANUARY 15, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
TIMOTHY STRAND                                             :    3:02 CV 1883 (AWT)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: JANUARY 15, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
JAMES E. CAFFREY                                           :    3:02 CV 1884 (CFD)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: JANUARY 15, 2004
                                                           :
-----------------------------------------------------------x
```

```
----------------------------------------------------------x
                                                          :
MICHAEL BETTINI                                           :    3:02 CV 2030 (RNC)
                                                          :
                                                          :
v.                                                        :
                                                          :
                                                          :
METRO-NORTH RAILROAD CO. ET AL.                           :    DATE: JANUARY 15, 2004
                                                          :
----------------------------------------------------------x
----------------------------------------------------------x
                                                          :
PAUL CIUZIO                                               :    3:02 CV 2032 (JBA)
                                                          :
                                                          :
v.                                                        :
                                                          :
                                                          :
METRO-NORTH RAILROAD CO. ET AL.                           :    DATE: JANUARY 15, 2004
                                                          :
----------------------------------------------------------x
----------------------------------------------------------x
                                                          :
RICHARD FANNING                                           :    3:02 CV 2034 (SRU)
                                                          :
                                                          :
v.                                                        :
                                                          :
                                                          :
METRO-NORTH RAILROAD CO. ET AL.                           :    DATE: JANUARY 15, 2004
                                                          :
----------------------------------------------------------x
----------------------------------------------------------x
                                                          :
THOMAS FARLEY                                             :    3:02 CV 2035 (WWE)
                                                          :
                                                          :
v.                                                        :
                                                          :
                                                          :
METRO-NORTH RAILROAD CO. ET AL.                           :    DATE: JANUARY 15, 2004
                                                          :
----------------------------------------------------------x
```

6

```
-----------------------------------------------------x
                                                     :
CALOGERO FARRUGGIO                                   :    3:02 CV 2036 (CFD)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: JANUARY 15, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
CLYDE GIBBS                                           :    3:02 CV 2037 (WWE)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: JANUARY 15, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
THOMAS INFANTINO                                      :    3:02 CV 2038 (GLG)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: JANUARY 15, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
ANTONIO SARTORI                                      :    3:02 CV 2039 (PCD)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: JANUARY 15, 2004
                                                     :
-----------------------------------------------------x
```

7

```
-----------------------------------------------------------x
                                                  :
LAWRENCE TRAMAGLINI                               :    3:02 CV 2040 (SRU)
                                                  :
                                                  :
v.                                                :
                                                  :
                                                  :
METRO-NORTH RAILROAD CO. ET AL.                   :    DATE: JANUARY 15, 2004
                                                  :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                  :
JOSEPH WALZ                                       :    3:02 CV 2041 (DJS)
                                                  :
                                                  :
v.                                                :
                                                  :
                                                  :
METRO-NORTH RAILROAD CO. ET AL.                   :    DATE: JANUARY 15, 2004
                                                  :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                  :
MAURICE BARRETT                                   :    3:03 CV 180 (DJS)
                                                  :
                                                  :
v.                                                :
                                                  :
                                                  :
METRO-NORTH RAILROAD CO. ET AL.                   :    DATE: JANUARY 15, 2004
                                                  :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                  :
DAVID B. BETRIX                                   :    3:03 CV 181 (WWE)
                                                  :
                                                  :
v.                                                :
                                                  :
                                                  :
METRO-NORTH RAILROAD CO. ET AL.                   :    DATE: JANUARY 15, 2004
                                                  :
-----------------------------------------------------------x
```

8

```
-----------------------------------------------------x
                                                     :
THOMAS BYRNE, SR.                                    :    3:03 CV 182 (CFD)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: JANUARY 15, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
FRANK A. DiLORENZO                                   :    3:03 CV 183 (AWT)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: JANUARY 15, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
DENNIS INCONSTANTI                                   :    3:03 CV 184 (JCH)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: JANUARY 15, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
JOHN F. JOHNSON, JR.                                 :    3:03 CV 185 (GLG)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: JANUARY 15, 2004
                                                     :
-----------------------------------------------------x
```

9

```
-----------------------------------------------------------x
                                                          :
JERRY D. PATTERSON, SR.                                   :     3:03 CV 187 (GLG)
                                                          :
                                                          :
v.                                                        :
                                                          :
                                                          :
METRO-NORTH RAILROAD CO. ET AL.                           :     DATE: JANUARY 15, 2004
                                                          :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                          :
PEDRO S. RODRIGUEZ                                        :     3:03 CV 188 (JBA)
                                                          :
                                                          :
v.                                                        :
                                                          :
                                                          :
METRO-NORTH RAILROAD CO. ET AL.                           :     DATE: JANUARY 15, 2004
                                                          :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                          :
RICHARD STARR                                             :     3:03 CV 189 (RNC)
                                                          :
                                                          :
v.                                                        :
                                                          :
                                                          :
METRO-NORTH RAILROAD CO. ET AL.                           :     DATE: JANUARY 15, 2004
                                                          :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                          :
ROBERT WEST                                               :     3:03 CV 190 (AWT)
                                                          :
                                                          :
v.                                                        :
                                                          :
                                                          :
METRO-NORTH RAILROAD CO. ET AL.                           :     DATE: JANUARY 15, 2004
                                                          :
-----------------------------------------------------------x
```

10

```
--------------------------------------------------------x
                                            :
ROBERT F. WRIGHT                            :    3:03 CV 191 (RNC)
                                            :
                                            :
                                            :
v.                                          :
                                            :
                                            :
METRO-NORTH RAILROAD CO. ET AL.             :    DATE: JANUARY 15, 2004
                                            :
--------------------------------------------------------x
```

RULING ON THE CONRAIL DEFENDANTS' MOTIONS TO COMPEL PLAINTIFFS

In late 2002 through early 2003, fifty-four lawsuits were filed under the FELA, regarding plaintiffs' hearing loss, allegedly caused by defendants.[1] These fifty-four lawsuits were all referred to this Magistrate Judge for discovery. (Compo, 3:02 CV 1675 (PCD), Dkt. #19).[2] Active discovery is now ongoing: by agreement of counsel, these lawsuits have been designated into four "batches," with the first two batches completing fact discovery by March 31, 2004 and completing expert discovery by June 30, 2004, and with the second two batches completing fact discovery by September 30, 2004 and completing expert discovery by December 31, 2004. (Compo, 3:02 CV 1675 (PCD), Dkt. #22, ¶¶ 1-2).

On December 17, 2003, defendants Consolidated Rail Corporation and American Financial Group [collectively "the Conrail Defendants"[3]] filed the forty-two pending Motions to Compel Plaintiffs' Response to Defendants' Requests for Production of Documents and For Sanctions for Failure to Make Disclosure or Cooperate in Discovery, with affidavits and briefs in support.[4] Compo, 3:02 CV 1675 (PCD), Dkts. ##34-36;

---

[1]Since then, five of the lawsuits have been withdrawn. Warley, 3:02 CV 978 (RNC); Wilson, 3:02 CV 1876 (DJS); Mackey, 3:02 CV 1881 (AWT); Murray, 3:02 CV 1882 (JBA); and Corban, 3:02 CV 2033 (PCD).

[2]For ease of reference, when discussing procedural matters beyond the pending motions or arguments made in all these motions and briefs, referral will be made solely to the docket numbers in the Compo file.

[3]American Financial Group is not a defendant in the following nine cases: Compo, 3:02 CV 1675 (PCD); Laskevitch, 3:02 CV 1676 (GLG); Selmont, 3:02 CV 1677 (GLG); Black, 3:02 CV 1873 (AVC); Kautz, 3:02 CV 1874 (JBA); Schumacher, 3:02 CV 1875 (AHN); Sartori, 3:02 CV 2039 (PCD); Patterson, 3:03 CV 187 (GLG); and Starr, 3:03 CV 189 (RNC). (Dkt. #36, at 2, n.1).

[4]The following two exhibits were attached to the motions: copies of correspondence between counsel, dated October 15, 2003 and November 21, 2003 (Exhs. A-B).

Laskevitch, 3:02 CV 1676 (GLG), Dkts. ##31-33; Selmont, 3:02 CV 1677 (GLG), Dkts.

##33-35; Fuda, 3:02 CV 1678 (RNC), Dkts. ##35-37; Geary, 3:02 CV 1679 (WWE),

Dkts. ##35-37; Kiniry, 3:02 CV 1680 (JBA), Dkts. ##44-46; Raggi, 3:02 CV 1681 (GLG),

Dkts. ##35-37; Russo, 3:02 CV 1682 (JCH), Dkts. ##35-37; Scofield, 3:02 CV 1683

(JCH), Dkts. ##35-41;[5] Sullivan, 3:02 CV 1684 (JCH), Dkts. ##35-37; Sweeney, 3:02 CV

1872 (RNC), Dkts. ##36-38; Black, 3:02 CV 1873 (AVC), Dkts. ##33-35; Kautz, 3:02 CV

1874 (JBA), Dkts. ##37-39; Schumacher, 3:02 CV 1875 (AHN), Dkts. ##29-31; Bakutis,

3:02 CV 1877 (MRK), Dkts. ##35-37; Kane, 3:02 CV 1878 (CFD), Dkts. ##30-32; Koval,

3:02 CV 1879 (GLG), Dkts. ##29-31; LoVerme, 3:02 CV 1880 (PCD), Dkts. ##33-35;

Strand, 3:02 CV 1883 (AWT), Dkts. ##30-32; Caffrey, 3:02 CV 1884 (CFD), Dkts. ##32-

34; Bettini, 3:02 CV 2030 (RNC), Dkts. ##32-34; Ciuzio, 3:02 CV 2032 (JBA), Dkts.

##40-42; Fanning, 3:02 CV 2034 (SRU), Dkts. ##30-32; Farley, 3:02 CV 2035 (WWE),

Dkts. ##29-31; Farruggio, 3:02 CV 2036 (CFD), Dkts. ##33-35; Gibbs, 3:02 CV 2037

(WWE), Dkts. ##30-32; Infantino, 3:02 CV 2038 (GLG), Dkts. ##29-31; Sartori, 3:02 CV

---

The following thirteen exhibits were attached to the briefs: copies of the Conrail Defendants' First Set of Requests for Production of Documents to Plaintiffs, dated February 4, 2003 (Exh. A); copy of Plaintiffs' Response to the Conrail Defendants' First Set of Requests for Production of Documents to Plaintiffs, dated September 3, 2003 (Exh. B); copies of correspondence between counsel (with attached exhibits), dated May 27, August 13, October 28, (Exhs. C-D, F, I, K); copies of Plaintiffs' Supplemental 26(a) Disclosure, dated September 25 and September 5, 2003 (Exhs. E & L); handwritten notes (Exh. H); excerpts from deposition of Plaintiff Bakutis, taken on September 9, 2003 (Exh. J); copies of Plaintiffs' Response to the Conrail Defendants' First Set of Interrogatories to Plaintiffs, dated October 21, 2003 (Exh. M); and excerpt of deposition of Plaintiff Kane, taken on November 24, 2003 (Exh. N).

There was no Exh. G.

[5]These filings were erroneously docketed twice, because counsel included the Strand caption with Scofield's docket number.

2039 (PCD), Dkts. ##34-36; <u>Tramaglini</u>, 3:02 CV 2040 (SRU), Dkts. ##30-32; <u>Walz</u>, 3:02 CV 2041 (DJS), Dkts. ##35-37; <u>Barrett</u>, 3:03 CV 180 (DJS), Dkts. ##30-32; <u>Betrix</u>, 3:03 CV 181 (WWE), Dkts. ##29-31; <u>Byrne</u>, 3:03 CV 182 (CFD), Dkts. ##24-26; <u>DiLorenzo</u>, 3:03 CV 183 (AWT), Dkts. ##27-29; <u>Inconstanti</u>, 3:03 CV 184 (MRK), Dkts. ##31-33; <u>Johnson</u>, 3:03 CV 185 (GLG), Dkts. ##28-30; <u>Patterson</u>, 3:03 CV 187 (GLG), Dkts. ##24-26; <u>Rodriguez</u>, 3:03 CV 188 (JBA), Dkts. ##30-32; <u>Starr</u>, 3:03 CV 189 (RNC), Dkts. ##28-30; <u>West</u>, 3:03 CV 190 (AWT), Dkts. ##30-32; <u>Wright</u>, 3:03 CV 191 (RNC), Dkts. ##32-34.

On December 23, 2003, Plaintiffs filed their briefs in opposition.[6] <u>Compo</u>, 3:02 CV 1675 (PCD), Dkt. #37; <u>Laskevitch</u>, 3:02 CV 1676 (GLG), Dkt. #34; <u>Selmont</u>, 3:02 CV 1677 (GLG), Dkt. #36; <u>Fuda</u>, 3:02 CV 1678 (RNC), Dkt. #38; <u>Geary</u>, 3:02 CV 1679 (WWE), Dkt. #38; <u>Kiniry</u>, 3:02 CV 1680 (JBA), Dkt. #49; <u>Raggi</u>, 3:02 CV 1681 (GLG), Dkt. #38; <u>Russo</u>, 3:02 CV 1682 (JCH), Dkt. #38; <u>Scofield</u>, 3:02 CV 1683 (JCH), Dkt. #42; <u>Sullivan</u>, 3:02 CV 1684 (JCH), Dkt. #38; <u>Sweeney</u>, 3:02 CV 1872 (RNC), Dkt. #39; <u>Black</u>, 3:02 CV 1873 (AVC), Dkt. #36; <u>Kautz</u>, 3:02 CV 1874 (JBA), Dkt. #42; <u>Schumacher</u>, 3:02 CV 1875 (AHN), Dkt. #33; <u>Bakutis</u>, 3:02 CV 1877 (MRK), Dkt. #38; <u>Kane</u>, 3:02 CV 1878 (CFD), Dkt. #33; <u>Koval</u>, 3:02 CV 1879 (GLG), Dkt. #34; <u>LoVerme</u>, 3:02 CV 1880 (PCD), Dkt. #38; <u>Strand</u>, 3:02 CV 1883 (AWT), Dkt. #33; <u>Caffrey</u>, 3:02 CV 1884 (CFD), Dkt. #35; <u>Bettini</u>, 3:02 CV 2030 (RNC), Dkt. #38; <u>Ciuzio</u>, 3:02 CV 2032 (JBA), Dkt. #46; <u>Fanning</u>, 3:02 CV 2034 (SRU), Dkt. #34; <u>Farley</u>, 3:02 CV 2035 (WWE), Dkt. #33; <u>Farruggio</u>, 3:02 CV 2036 (CFD), Dkt. #37; <u>Gibbs</u>, 3:02 CV 2037 (WWE), Dkt. #36;

---

[6] The following exhibits were attached: copies of letters (with attachments) dated May 27, November 14, October 17, October 6, September 19, September 24, October 30, December 9, November 21, September 19, December 22, December 2, November 7, October 15, December 2, December 19, and September 25, 2003 (Apps. A-B).

Infantino, 3:02 CV 2038 (GLG), Dkt. #35; Sartori, 3:02 CV 2039 (PCD), Dkt. #38;
Tramaglini, 3:02 CV 2040 (SRU), Dkt. #33; Walz, 3:02 CV 2041 (DJS), Dkt. #41; Barrett,
3:03 CV 180 (DJS), Dkt. #33; Betrix, 3:03 CV 181 (WWE), Dkt. #34; Byrne, 3:03 CV 182
(CFD), Dkt. #27; DiLorenzo, 3:03 CV 183 (AWT), Dkt. #30; Inconstanti, 3:03 CV 184
(MRK), Dkt. #34; Johnson, 3:03 CV 185 (GLG), Dkt. #31; Patterson, 3:03 CV 187 (GLG),
Dkt. #27; Rodriguez, 3:03 CV 188 (JBA), Dkt. #35; Starr, 3:03 CV 189 (RNC), Dkt. #31;
West, 3:03 CV 190 (AWT), Dkt. #33; Wright, 3:03 CV 191 (RNC), Dkt. #37.

In this motion, the Conrail Defendants move to compel Plaintiffs to respond to
eleven of the eighteen requests from their Requests for Production of Documents, dated
February 4, 2003 (Compo, 3:02 CV 1675 (PCD), Dkt. #36, Exh. A), and to sanction
Plaintiffs for failing to make required disclosures, failing to cooperate in discovery, and
making false and misleading disclosures.

For the reasons stated below, these motions are granted in part and denied in
part.

**Request No. 1** – "Any and all medical records, reports, letters and statements,
including full and complete hospital records and doctor's records, which were made in
connection with the hearing loss allegedly suffered by the plaintiff."  On September 3,
2003, each Plaintiff responded by referencing his Rule 26a Disclosure.  (See Compo,
3:02 CV 1675 (PCD), Dkt. #36, at 4-15 & Exhs. A-K; Compo, 3:02 CV 1675 (PCD), Dkt.
#37, at 3-6 & App. A).[7]  As counsel for the Conrail Defendants described, in most cases,
the only document initially disclosed was a conclusory medical "report" from Dr. J.
Cameron Kirchner, Plaintiffs' expert, without the complete medical background, with

---

[7]Plaintiff's brief is not numbered.

supplemental medical reports coming in at later times, on September 25 and October 28, 2003; in one case, <u>Fuda</u>, 3:02 CV 1678 (RNC), the supplemental medical reports were not produced until the day before Fuda's deposition, on October 28, 2003; in another case, <u>Scofield</u>, 3:02 CV 1683 (JCH), the supplement medical reports were not produced until the date of Scofield's deposition, on September 11, 2003; and in yet another case, <u>Bakutis</u>, 3:02 CV 1877 (MRK), the supplemental medical reports were not produced by Plaintiff prior to the deposition even though Bakutis had copies in his possession. (Dkt. #36, at 5-15 & Exhs. E-K).   In response, Plaintiffs argue that in all the cases but <u>Scofield</u>, the Conrail Defendants had copies of the necessary medical reports in their possession prior to the deposition, with the <u>Scofield</u> documents produced at the beginning of the deposition.  (Dkt. #37, at 3-6 & n.51).

These medical reports were the subject of considerable controversy between the parties, <u>see Compo</u>, 3:02 CV 1675 (PCD), Dkts. ##23-27), with Plaintiffs eventually giving written authorizations to defense counsel to obtain these various medical reports. Under these circumstances, while it is clear that Plaintiffs' counsel could, and should, have been more cooperative and diligent, his conduct does not rise to the level of sanctionable.   To the extent Plaintiffs have any further medical reports in their possession, custody or control, they shall be disclosed to defense counsel **on or before January 30, 2004**.

**Request No. 2** – "Any and all medical bills in the possession, custody or control of the plaintiff which were incurred because of hearing loss allegedly suffered as a result of the plaintiff's hearing loss."  On September 3, 2003, each Plaintiff responded that he "is not claiming any medical costs."  (<u>See Compo</u>, 3:02 CV 1675 (PCD), Dkt. #36, at 15-18 & Exhs. A-B, E, K; <u>Compo</u>, 3:02 CV 1675 (PCD), Dkt. #37, at 6).  As counsel for the

16

Conrail Defendants indicated, in three cases, <u>Mackey</u>, 3:02 CV 1881 (AWT), <u>Geary</u>, 3:02 CV 1679 (WWE), and <u>Sweeney</u>, 3:02 CV 1872 (RNC), Plaintiffs later produced invoices for hearing aids and audiological tests.    (Dkt. #36, at 16-17). As with Request No. 1, Plaintiffs claim the Conrail Defendants were not harmed because they received copies of these documents prior to the Plaintiffs' depositions. (Dkt. #37, at 6). The Court agrees that Plaintiffs' responses were unresponsive and misleading, and Plaintiffs shall serve revised responses **on or before January 30, 2004**.

   **Request No. 4** – "Any and all statements taken from or given by the defendants, Conrail and/or Penn Central, their agents, servants and/or employees which relate in any way to the hearing loss that the plaintiff allegedly received as alleged in his Complaint." (emphasis omitted).  On September 3, 2003, each Plaintiff responded that he was "not aware of any," and further indicated that to the extent that this Request seeks statements obtained after the instant lawsuit was filed, such statements are protected by the work-product doctrine.  (<u>See Compo</u>, 3:02 CV 1675 (PCD), Dkt. #36, at 18-19 & Exhs. A-B; <u>Compo</u>, 3:02 CV 1675 (PCD), Dkt. #37, at 6).

   Plaintiffs are correct that under Local Rule 37(a), a party need not prepare a privilege log for "written communications between a party and its trial counsel after commencement of the action and the work product material created after commencement of the action."   However, Rule 4.2 of the Rules of Professional Conduct, as approved by the Connecticut Superior Court on October 1, 1986 and adopted by the judges of the District Court of Connecticut, reads: "In representing a client, a lawyer shall not communicate about the subject of the representation with a party the lawyer knows to be represented by another lawyer in the matter, unless the lawyer has the consent of the other lawyer or is authorized by law to do so."  (2002). The "purpose of the Rule 4.2

17

is to protect the lawyer-client relationship by preventing opposing counsel from taking advantage of a non-lawyer's relative unfamiliarity with the law or prompting a non-lawyer's inadvertent disclosure against interest." In re Grievance Proceeding, 2002 U.S. Dist. LEXIS 18417, at *4-5 (multiple citations omitted).  Thus, to the extent Plaintiffs' counsel has engaged in communications with defendants' employees, Plaintiffs' counsel must have received the consent of defense counsel in accordance with Rule 4.2.

In an abundance of caution, in the event Plaintiffs have any post-litigation statements taken from Conrail and/or Penn Central employees, such documents shall be submitted to the Magistrate Judge for her in camera review **on or before January 30, 2004**.

**Request No 5** – "Any and all reports and/or statements, whether in writing or recorded by mechanical and/or electronic means, made by the plaintiff to any of his employers which related in any way to the allegations of the plaintiff's hearing loss."  On September 3, 2003, each Plaintiff responded. "None."  (See Compo, 3:02 CV 1675 (PCD), Dkt. #36, at 19-23 & Exhs. A-B, L-N; Compo, 3:02 CV 1675 (PCD), Dkt. #37, at 7).   As represented by counsel for the Conrail Defendants, on September 5, 2003, with respect to Batukis, 3:02 CV 1877 (MRK), Plaintiffs' counsel disclosed approximately twenty written complaints made by Batukis two days prior to Batukis' deposition, and with respect to Kane, 3:02 CV 1878 (PCD), at Kane's deposition on November 24, 2003, he testified that he probably had responsive documents in a file he maintained with respect to this litigation.  (Dkt. #36, at 20-22 & Exh. N, at 41). Plaintiffs' counsel argues that there is nothing to compel, that defense counsel had ample opportunity to review Batukis' records prior to his deposition, and that Plaintiff Kane had made only verbal complaints and thus does not possess any written complaints at home.  (Dkt. #37, at 7).

18

To the extent there are any other responsive documents, they shall be served on defense counsel and Plaintiffs shall revised their responses **on or before January 30, 2004**.

**Request No. 8** – "Any and all documents pertaining to the investigation of the plaintiff's alleged hearing loss." On September 3, 2003, each Plaintiff responded that all responsive documents obtained prior to litigation were disclosed as part of Plaintiff's Rule 26a Disclosure and that all other documents are protected by the attorney-client privilege or work-product doctrine. (See Compo, 3:02 CV 1675 (PCD), Dkt. #36, at 23-25 & Exhs. A-B; Compo, 3:02 CV 1675 (PCD), Dkt. #37, at 8). Counsel for the Conrail Defendants argue that reference to the Rule 26a Disclosure is misleading, since the only documents disclosed were Dr. Kirchner's medical reports, and that all privileged documents need to be listed on a privilege log. Again, Plaintiffs are correct that under Local Rule 37(a), a party need not prepare a privilege log for "written communications between a party and its trial counsel after commencement of the action and the work product material created after commencement of the action."

Again, to the extent there any other responsive non-privileged documents, they shall be served on defense counsel **on or before January 30, 2004**.

**Request No. 10** – "Any and all medical records, reports, letters and statements, including full and complete hospital records and doctor's records, which were made in connection with any illnesses or injuries or other physical, mental or other conditions the plaintiff incurred, suffered from or for which he has been treated relative to any problems with his hearing, hearing loss and/or problems associated with his ears or any part thereof." On September 3, 2003, each Plaintiff referred to his Rule 26a Disclosure with respect to records pertaining to Plaintiff's hearing, and objected as unduly burdensome,

overly broad, vague and irrelevant with respect to all other medical problems. (See Compo, 3:02 CV 1675 (PCD), Dkt. #36, at 25-26 & Exhs. A-B; Compo, 3:02 CV 1675 (PCD), Dkt. #37, at 8). In their briefs, Plaintiffs now assert that they "have no objection to this request provided it is limited to records related to hearing, hearing loss, [and/or] problems with their ears." (Dkt. #37, at 8).

As previously indicated, there was considerable controversy regarding these medical reports. (See Compo, 3:02 CV 1675 (PCD), Dkts. ##23-27). Therefore, to the extent there are any other responsive documents limited to records related to hearing, hearing loss, and/or problems with their ears, they shall be served on defense counsel **on or before January 30, 2004**.

**Request No. 11** – "Any and all documents containing the names and addresses of all witnesses known to the plaintiff who were witnesses either directly or indirectly to the unreasonably unsafe working conditions and/or excessive noise to which the plaintiff was allegedly exposed." On September 3, 2003, Plaintiffs objected to this request as overly broad, vague, unduly burdensome and irrelevant. (See Compo, 3:02 CV 1675 (PCD), Dkt. #36, at 26-27 & Exhs. A-B; Compo, 3:02 CV 1675 (PCD), Dkt. #37, at 8). To the extent there are any responsive documents, they shall be served on defense counsel **on or before January 30, 2004**.

**Request No. 12** – "Any and all reports, statements, signed or unsigned, transcribed, and/or written, in the possession, custody or control of the plaintiff which were filled out or completed by any witness to the unreasonably unsafe working conditions and/or excessive noise to which the plaintiff was alleged exposed." On September 3, 2003, Plaintiffs objected to this request as overly broad, vague, unduly burdensome, irrelevant, and to the extent this request seeks statements after the

lawsuits were filed, any such statements are protected by the work-product doctrine. (See Compo, 3:02 CV 1675 (PCD), Dkt. #36, at 26-27 & Exhs. A-B; Compo, 3:02 CV 1675 (PCD), Dkt. #37, at 8).

Again, to the extent there are any responsive documents, they shall be served on defense counsel **on or before January 30, 2004**, and in an abundance of caution, in the event Plaintiffs have any post-litigation statements, such statements shall be submitted to the Magistrate Judge for her in camera review **on or before January 30, 2004**.

**Request No. 13** – "Any and all documents, including but not limited to notices, correspondence, reports and/or memoranda from Penn Central and/or Conrail within the possession, custody or control of the plaintiff, informing the plaintiff of any results of any and all hearing tests, including but not limited to audiometric testing." On September 3, 2003, Plaintiffs responded: "None other than those, if any, produced by the defendants." (See Compo, 3:02 CV 1675 (PCD), Dkt. #36, at 27-28 & Exhs. A-B; Compo, 3:02 CV 1675 (PCD), Dkt. #37, at 8). In their briefs in opposition, Plaintiffs represented: "To date no such responsive documents have been obtained or discovered. Obviously, if such documents are found to exist, the plaintiff or plaintiffs will produce them." (Dkt. #37, at 8). Again, to the extent there are any responsive documents, they shall be served on defense counsel **on or before January 30, 2004**.

**Request No. 14** – "Any and all safety rules and/or policies and procedures provided by Penn Central and/or Conrail during the plaintiff's employment with said Penn Central and/or Conrail." On September 3, 2003, Plaintiffs responded: "Plaintiff objects to this request since all defendants' rules[,] polices and procedures are in the possession of the defendant." (See Compo, 3:02 CV 1675 (PCD), Dkt. #36, at 28-29 & Exhs. A-B; Compo, 3:02 CV 1675 (PCD), Dkt. #37, at 9). In their briefs in opposition, Plaintiffs

21

additionally object to this request as being overly broad, as it is not limited to rules pertaining to noise, use of hearing protection, or hearing conservation.  (Dkt. #37, at 9).  Plaintiffs shall respond with respect to rules, etc. pertaining to noise, use of hearing protection, or hearing conservation, **on or before January 30, 2004**.

**Request No. 18** – "If the plaintiff is not able to provide records in accordance with any of the above-stated requests, then a duly executed authorization signed by the plaintiff for such records is hereby requested in the alternative."  On September 3, 2003, Plaintiffs objected to this request as overly broad, unduly burdensome, and irrelevant. (See Compo, 3:02 CV 1675 (PCD), Dkt. #36, at 29-31 & Exhs. A-B; Compo, 3:02 CV 1675 (PCD), Dkt. #37, at 9-10 & App. B).

In their briefs, the Conrail Defendants describe Plaintiffs' objection as "shocking[]," especially in light of Plaintiffs' failure to produce any medical reports other than Dr. Kirchner's report, Plaintiffs' failure to provide answers to interrogatories regarding treating physicians, and Plaintiffs' requirement that Defendants draft their own authorizations after these physicians have been identified.  (Dkt. #36, at 30-31).  In their briefs in opposition, Plaintiffs contend that defendants have sought documents from doctors in totally unrelated fields, the Magistrate Judge ordered Defendants to draft the authorizations, no Plaintiffs have refused to sign the authorizations, and the process "is working." (Dkt. #37, at 9).  As previously indicated, these medical reports were the subject of considerable controversy between the parties. See Compo, 3:02 CV 1675 (PCD), Dkts. ##23-27).  Thus, to the extent there any other outstanding authorizations, they shall be forwarded to defense counsel **on or before January 30, 2004**.

Accordingly, the Conrail Defendants' Motions to Compel, Compo, 3:02 CV 1675 (PCD), Dkt. #34; Laskevitch, 3:02 CV 1676 (GLG), Dkt. #31; Selmont, 3:02 CV 1677

(GLG), Dkt. #33; <u>Fuda</u>, 3:02 CV 1678 (RNC), Dkt. #35; <u>Geary</u>, 3:02 CV 1679 (WWE), Dkt. #35; <u>Kiniry</u>, 3:02 CV 1680 (JBA), Dkt. #44; <u>Raggi</u>, 3:02 CV 1681 (GLG), Dkt. #35; <u>Russo</u>, 3:02 CV 1682 (JCH), Dkt. #35; <u>Scofield</u>, 3:02 CV 1683 (JCH), Dkts. ##35 & 39;[8] <u>Sullivan</u>, 3:02 CV 1684 (JCH), Dkt. #35; <u>Sweeney</u>, 3:02 CV 1872 (RNC), Dkt. #36; <u>Black</u>, 3:02 CV 1873 (AVC), Dkt. #33; <u>Kautz</u>, 3:02 CV 1874 (JBA), Dkt. #37; <u>Schumacher</u>, 3:02 CV 1875 (AHN), Dkt. #29; <u>Bakutis</u>, 3:02 CV 1877 (MRK), Dkt. #35; <u>Kane</u>, 3:02 CV 1878 (CFD), Dkt. #30; <u>Koval</u>, 3:02 CV 1879 (GLG), Dkt. #29; <u>LoVerme</u>, 3:02 CV 1880 (PCD), Dkt. #33; <u>Strand</u>, 3:02 CV 1883 (AWT), Dkt. #30; <u>Caffrey</u>, 3:02 CV 1884 (CFD), Dkt. #32; <u>Bettini</u>, 3:02 CV 2030 (RNC), Dkt. #32; <u>Ciuzio</u>, 3:02 CV 2032 (JBA), Dkt. #40; <u>Fanning</u>, 3:02 CV 2034 (SRU), Dkt. #30; <u>Farley</u>, 3:02 CV 2035 (WWE), Dkt. #29; <u>Farruggio</u>, 3:02 CV 2036 (CFD), Dkt. #33; <u>Gibbs</u>, 3:02 CV 2037 (WWE), Dkt. #30; <u>Infantino</u>, 3:02 CV 2038 (GLG), Dkt. #29; <u>Sartori</u>, 3:02 CV 2039 (PCD), Dkt. #34; <u>Tramaglini</u>, 3:02 CV 2040 (SRU), Dkt. #30; <u>Walz</u>, 3:02 CV 2041 (DJS), Dkt. #35; <u>Barrett</u>, 3:03 CV 180 (DJS), Dkt. #30; <u>Betrix</u>, 3:03 CV 181 (WWE), Dkt. #29; <u>Byrne</u>, 3:03 CV 182 (CFD), Dkt. #24; <u>DiLorenzo</u>, 3:03 CV 183 (AWT), Dkt. #27; <u>Inconstanti</u>, 3:03 CV 184 (MRK), Dkt. #31; <u>Johnson</u>, 3:03 CV 185 (GLG), Dkt. #28; <u>Patterson</u>, 3:03 CV 187 (GLG), Dkt. #24; <u>Rodriguez</u>, 3:03 CV 188 (JBA), Dkt. #30; <u>Starr</u>, 3:03 CV 189 (RNC), Dkt. #28; <u>West</u>, 3:03 CV 190 (AWT), Dkt. #30; <u>Wright</u>, 3:03 CV 191 (RNC), Dkt. #32, are <u>granted in part and denied in part as follows</u>: <u>granted to the extent set forth above with respect to Requests Nos. 1, 2, 5, 8, 10, 11, 12, 13, 14 & 18</u>, such that any additional non-privileged documents or revised responses shall be served on defense counsel **on or before January 30, 2004**, and <u>granted with respect to Requests Nos. 4 & 12</u> such that any

---

[8] <u>See</u> note 5 <u>supra</u>.

documents to which a privilege is asserted shall be submitted to the Magistrate Judge for her <u>in camera</u> review **on or before January 30, 2004**.

With respect to defendants' request for sanctions, these motions are **denied without prejudice to renew at the conclusion of discovery**, the Magistrate Judge not wishing to distract counsel from the completion of discovery and to further exacerbate relations between counsel.[9]

_____This is not a Recommended Ruling but a Ruling on discovery, the standard of review of which is specified in 28 U.S.C. § 636; FED. R. CIV. P. 6(a), 6(e) & 72; and Rule 2 of the Local Rules for United States Magistrate Judges. As such, it is an order of the Court unless reversed or modified by the District Judge upon timely made objection.

_____See 28 U.S.C. § 636(b)**(written objections to ruling must be filed within ten days after service of same);** FED. R. CIV. P. 6(a), 6(e) & 72; Rule 2 of the Local Rules for United States Magistrate Judges, United States District Court for the Dis2rict of Connecticut; <u>Small v. Secretary, H&HS</u>, 892 F.2d. 15, 16 (2d Cir. 1989)**(failure to file timely objection to Magistrate Judge's recommended ruling may preclude further appeal to Second Circuit).**

Dated at New Haven, Connecticut, this 15th day of January, 2004.


_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge

---

[9]These motions all concerned matters which should, and could, easily have been resolved by counsel. They were not worth the effort and expense that defense counsel, Plaintiffs' counsel, and the Court put into them.