UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2004 FEB -5  P 6: 04

| | | |
|---|---|---|
| JAMES SCOFIELD | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3-02-cv-1683 (JCH) |
| v. | : | |
| | : | |
| METRO-NORTH RAILROAD | : | |
| COMPANY, ET AL | : | |
|     Defendants | : | FEBRUARY 5, 2004 |

### ENDORSEMENT RULING   [DKT. NO. 17]

Dkt. No. 17 is hereby **DENIED**. The case has been referred to Magistrate Judge Margolis for pretrial matters.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 5th of February, 2004.

_____
Janet C. Hall
United States District Judge