IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------x
                                                     :
SAMUEL COMPO                                         :   3:02 CV 1675 (PCD)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: MARCH 8, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
RICHARD K. LASKEVITCH                                :   3:02 CV 1676 (GLG)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: MARCH 8, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
MICHAEL SELMONT                                      :   3:02 CV 1677 (GLG)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: MARCH 8, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
ROBERT FUDA                                          :   3:02 CV 1678 (RNC)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: MARCH 8, 2004
                                                     :
-----------------------------------------------------x
```

```
-----------------------------------------------------x
                                                     :
JOHN P. GEARY                                        :   3:02 CV 1679 (WWE)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: MARCH 8, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
THOMAS KINIRY                                        :   3:02 CV 1680 (JBA)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: MARCH 8, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
JOHN RAGGI                                           :   3:02 CV 1681 (GLG)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: MARCH 8, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
EDWARD P. RUSSO                                      :   3:02 CV 1682 (JCH)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: MARCH 8, 2004
                                                     :
-----------------------------------------------------x
```

```
-----------------------------------------------------x
                                                     :
JAMES SCOFIELD                                       :   3:02 CV 1683 (JCH)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: MARCH 8, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
MILLARD J. SULLIVAN                                  :   3:02 CV 1684 (JCH)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: MARCH 8, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
TIMOTHY SWEENEY                                      :   3:02 CV 1872 (RNC)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: MARCH 8, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
ROBERT BLACK                                         :   3:02 CV 1873 (AVC)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: MARCH 8, 2004
                                                     :
-----------------------------------------------------x
```

```
------------------------------------------------------x
                                                      :
ALFRED SCHUMACHER                                     :    3:02 CV 1875 (AHN)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :    DATE: MARCH 8, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
FRANCIS E. BAKUTIS                                    :    3:02 CV 1877 (MRK)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :    DATE: MARCH 8, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
CHARLES KANE                                          :    3:02 CV 1878 (CFD)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :    DATE: MARCH 8, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
FREDERICK N. KOVAL                                    :    3:02 CV 1879 (GLG)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :    DATE: MARCH 8, 2004
                                                      :
------------------------------------------------------x
```

```
------------------------------------------------------x
                                                      :
SIGISMONDO LoVERME                                    :   3:02 CV 1880 (PCD)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :   DATE: MARCH 8, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
TIMOTHY STRAND                                        :   3:02 CV 1883 (AWT)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :   DATE: MARCH 8, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
JAMES E. CAFFREY                                      :   3:02 CV 1884 (CFD)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :   DATE: MARCH 4, 2004
                                                      :
------------------------------------------------------x
```

<u>RULING ON PARTIES' JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINES</u>

By agreement of counsel, the Parties' Joint Motion to Extend Fact Discovery Deadlines, <u>Compo</u>, 3:02 CV 1675 (PCD), Dkt. #51; <u>Laskevitch</u>, 3:02 CV 1676 (GLG), Dkt. #47; <u>Selmont</u>, 3:02 CV 1677 (GLG), Dkt. #49; <u>Fuda</u>, 3:02 CV 1678 (RNC), Dkt. #51; <u>Geary</u>, 3:02 CV 1679 (WWE), Dkt. #51; <u>Kiniry</u>, 3:02 CV 1680 (JBA), Dkt. #62; <u>Raggi</u>, 3:02 CV 1681 (GLG), Dkt. #51; <u>Russo</u>, 3:02 CV 1682 (JCH), Dkt. #52; <u>Scofield</u>, 3:02 CV 1683 (JCH), Dkt. #58; <u>Sullivan</u>, 3:02 CV 1684 (JCH), Dkt. #51; <u>Sweeney</u>, 3:02 CV 1872 (RNC), Dkt. #52; <u>Black</u>, 3:02 CV 1873 (AVC), Dkt. #49; <u>Schumacher</u>, 3:02 CV 1875 (AHN), Dkt. #46; <u>Bakutis</u>, 3:02 CV 1877 (MRK), Dkt. #51; <u>Kane</u>, 3:02 CV 1878 (CFD), Dkt. #47; <u>Koval</u>, 3:02 CV 1879 (GLG), Dkt. #47; <u>LoVerme</u>, 3:02 CV 1880 (PCD), Dkt. #51; <u>Strand</u>, 3:02 CV 1883 (AWT), Dkt. #45; <u>Caffrey</u>, 3:02 CV 1884 (CFD), Dkt. #49; are hereby <u>granted</u> such that the deadline for the completion of fact discovery in the First and Second Batches is extended from March 31, 2004 to **April 30, 2004**.

The remaining deadlines (Plaintiffs' Disclosure of Expert(s)' Report(s) by April 30, 2004, Depositions of Plaintiffs' Expert(s) by May 31, 2004, Defendants' Disclosure of Expert(s)' Report(s) by May 31, 2004, and Depositions of Defendants' Expert(s) by June 30, 2004) are unchanged.

Dated at New Haven, Connecticut, this 8th day of March, 2004.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge