IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------x
                                                           :
ROBERT BOURT                                               :    3:02 CV 191(AVC)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: MAY 26, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
ROBERT W. HICKEY                                           :    3:02 CV 1674 (CFD)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: MAY 26, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
SAMUEL COMPO                                               :    3:02 CV 1675 (PCD)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: MAY 26, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
RICHARD J. LASKEVITCH                                      :    3:02 CV 1676 (GLG)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: MAY 26, 2004
                                                           :
-----------------------------------------------------------x
```

```
---------------------------------------------------------x
                                           :
MICHAEL SELMONT                            :    3:02 CV 1677 (GLG)
                                           :
                                           :
v.                                         :
                                           :
                                           :
METRO-NORTH RAILROAD CO. ET AL.            :    DATE: MAY 26, 2004
                                           :
---------------------------------------------------------x
---------------------------------------------------------x
                                           :
ROBERT FUDA                                :    3:02 CV 1678 (RNC)
                                           :
                                           :
v.                                         :
                                           :
                                           :
METRO-NORTH RAILROAD CO. ET AL.            :    DATE: MAY 26, 2004
                                           :
---------------------------------------------------------x
---------------------------------------------------------x
                                           :
JOHN P. GEARY                              :    3:02 CV 1679 (WWE)
                                           :
                                           :
v.                                         :
                                           :
                                           :
METRO-NORTH RAILROAD CO. ET AL.            :    DATE: MAY 26, 2004
                                           :
---------------------------------------------------------x
---------------------------------------------------------x
                                           :
THOMAS KINIRY                              :    3:02 CV 1680 (JBA)
                                           :
                                           :
v.                                         :
                                           :
                                           :
METRO-NORTH RAILROAD CO. ET AL.            :    DATE: MAY 26, 2004
                                           :
---------------------------------------------------------x
```

2

```
---------------------------------------------------------x
                                                         :
JOHN RAGGI                                               :    3:02 CV 1681 (GLG)
                                                         :
                                                         :
v.                                                       :
                                                         :
                                                         :
METRO-NORTH RAILROAD CO. ET AL.                          :    DATE: MAY 26, 2004
                                                         :
---------------------------------------------------------x
---------------------------------------------------------x
                                                         :
EDWARD P. RUSSO                                          :    3:02 CV 1682 (JCH)
                                                         :
                                                         :
v.                                                       :
                                                         :
                                                         :
METRO-NORTH RAILROAD CO. ET AL.                          :    DATE: MAY 26, 2004
                                                         :
---------------------------------------------------------x
---------------------------------------------------------x
                                                         :
JAMES SCOFIELD                                           :    3:02 CV 1683 (JCH)
                                                         :
                                                         :
v.                                                       :
                                                         :
                                                         :
METRO-NORTH RAILROAD CO. ET AL.                          :    DATE: MAY 26, 2004
                                                         :
---------------------------------------------------------x
---------------------------------------------------------x
                                                         :
MILLARD J. SULLIVAN                                      :    3:02 CV 1684 (JCH)
                                                         :
                                                         :
v.                                                       :
                                                         :
                                                         :
METRO-NORTH RAILROAD CO. ET AL.                          :    DATE: MAY 26, 2004
                                                         :
---------------------------------------------------------x
```

```
-----------------------------------------------------x
                                                     :
ROBERT BLACK                                         :    3:02 CV 1873 (AVC)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: MAY 26, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
ALFRED SCHUMACHER                                    :    3:02 CV 1875 (AHN)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: MAY 26, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
FRANCIS E. BAKUTIS                                   :    3:02 CV 1877 (MRK)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: MAY 26, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
CHARLES KANE                                         :    3:02 CV 1878 (CFD)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: MAY 26, 2004
                                                     :
-----------------------------------------------------x
```

```
-------------------------------------------------------x
                                                       :
SIGISMONDO LoVERME                                     :    3:02 CV 1880 (PCD)
                                                       :
                                                       :
v.                                                     :
                                                       :
                                                       :
METRO-NORTH RAILROAD CO. ET AL.                        :    DATE: MAY 26, 2004
                                                       :
-------------------------------------------------------x
-------------------------------------------------------x
                                                       :
TIMOTHY STRAND                                         :    3:02 CV 1883 (AWT)
                                                       :
                                                       :
v.                                                     :
                                                       :
                                                       :
METRO-NORTH RAILROAD CO. ET AL.                        :    DATE: MAY 26, 2004
                                                       :
-------------------------------------------------------x
-------------------------------------------------------x
                                                       :
JAMES E. CAFFREY                                       :    3:02 CV 1884 (CFD)
                                                       :
                                                       :
v.                                                     :
                                                       :
                                                       :
METRO-NORTH RAILROAD CO. ET AL.                        :    DATE: MAY 26, 2004
                                                       :
-------------------------------------------------------x
```

5

<u>RULING ON DEFENDANT METRO NORTH'S MOTION FOR EXTENSION OF
SCHEDULING ORDER DEADLINES</u>

By agreement of counsel, Metro North's Motion for Extension of Scheduling Order Deadlines, <u>Bourt</u>, 3:02 CV 191 (AVC), Dkt. #37; <u>Hickey</u>, 3:02 CV 1674 (CFD), Dkt. #22; <u>Compo</u>, 3:02 CV 1675 (PCD), Dkt. #67; <u>Laskevitch</u>, 3:02 CV 1676 (GLG), Dkt. #67; <u>Selmont</u>, 3:02 CV 1677 (GLG), Dkt. #58; <u>Fuda</u>, 3:02 CV 1678 (RNC), Dkt. #60; <u>Geary</u>, 3:02 CV 1679 (WWE), Dkt. #60; <u>Kiniry</u>, 3:02 CV 1680 (JBA), Dkt. #76; <u>Raggi</u>, 3:02 CV 1681 (GLG), Dkt. #60; <u>Russo</u>, 3:02 CV 1682 (JCH), Dkt. #61; <u>Scofield</u>, 3:02 CV 1683 (JCH), Dkt. #67; <u>Sullivan</u>, 3:02 CV 1684 (JCH), Dkt. #60; <u>Black</u>, 3:02 CV 1873 (AVC), Dkt. #58; <u>Schumacher</u>, 3:02 CV 1875 (AHN), Dkt. #54; <u>Bakutis</u>, 3:02 CV 1877 (MRK), Dkt. #61; <u>Kane</u>, 3:02 CV 1878 (CFD), Dkt. #56; <u>LoVerme</u>, 3:02 CV 1880 (PCD), Dkt. #60; <u>Strand</u>, 3:02 CV 1883 (AWT), Dkt. #53; and <u>Caffrey</u>, 3:02 CV 1884 (CFD), Dkt. #58, are hereby <u>granted</u> such that plaintiffs' expert(s) shall be deposed **on or before June 30, 2004,** defendant shall disclose its expert(s) **on or before June 30, 2004**, and defendant's expert(s) shall be deposed **on or before July 30, 2004**.

Dated at New Haven, Connecticut, this 26th day of May, 2004.


_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge

6