UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES R. SCOFIELD

                                3:02CV1683JCH

v

METRO-NORTH COMMUTER
RAILROAD CO.

## J U D G M E N T

Notice having been sent to counsel of record on November 22, 2005, pursuant to L.R. 41(b) indicating that the above-entitled case would be dismissed if closing papers were not filed on or before January 20, 2006. No closing papers having been filed and no request for continuance being filed,

It is hereby ORDERED that this action is dismissed, pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party thereto to move within thirty (30) days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut this 31st day of January, 2006.

KEVIN F. ROWE, Clerk

ENTERED ON THE
DOCKET_____                         By:_____/s/Catherine Boroskey_____
                                              Deputy Clerk

ENTERED ON DOCKET_____